IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

TERESA BYRD )
) No. 1-10-0025
v. )
)
THE PRUDENTIAL INSURANCE )
COMPANY OF AMERICA )

O R D E R

By orders entered May 13, 2010 (Docket Entry Nos. 11-12), several deadlines for the progression of this case were established, including a May 21, 2010, deadline for the defendant to file the administrative record, June 30, 2010, deadlines for the plaintiff to file any discovery motion and for the parties to file any motions to amend the pleadings, and a July 30, 2010, deadline for the plaintiff to file a motion for judgment on the record.

The defendant filed the administrative record on June 15, 2010, but no discovery motion or motion for judgment on the record has been filed.

Therefore, the parties shall have until August 19, 2010, to file a joint status report, including the potential for settlement, propriety of ADR, and any relevant information about the status of this case.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 31, 2010 (Docket Entry No. 17), Judge Echols recused himself and the case was reassigned to Judge Haynes. Because Judge Haynes normally conducts his own case management, the Magistrate judge would, as a matter of course, forward the file to Judge Haynes. However, because no motion for judgment on the record has been filed, it appears appropriate for the parties to file a status report prior to sending the file to Judge Haynes.