IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

TERESA BYRD                          )
                                     )     No. 1-10-0025
v.                                   )
                                     )
THE PRUDENTIAL INSURANCE             )
COMPANY OF AMERICA                   )

O R D E R

On September 6, 2010, the plaintiff filed a motion for judgment on the administrative record (Docket Entry No. 24).

In accord with the order entered August 20, 2010 (Docket Entry No. 23), any response shall be filed by October 8, 2010. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by October 22, 2010, if the response is filed on October 8, 2010.

No other filings in support of or in opposition to the plaintiff's pending motion for judgment on the administrative record shall be made except with the express permission of the Honorable William J. Haynes, Jr.

The Clerk is directed to forward the file in this case to Judge Haynes for his consideration of the plaintiff's motion for judgment on the administrative record and accompanying memorandum (Docket Entry Nos. 24-25), the defendant's response to be filed by October 8, 2010, and any reply, if necessary, to be filed no later than October 22, 2010.

Because the Court assumes that disposition of this ERISA case will be determined by decision on the plaintiff's motion and because all deadlines provided in the orders entered May 13, 2010 (Docket Entry Nos. 11-12) have passed, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge