UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA BYRD, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:10-00025 |
| | ) JUDGE HAYNES |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, judgment on the administrative record should be **GRANTED** in Defendant's favor. Plaintiff's motion for judgment on the administrative record (Docket Entry No. 25) is **DENIED**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge